B6B (Official Form 6B) (12/07)

In re **Harun Sevimli**, Case No. **14-54758**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on hand.<br>In debtor's possession. | - | 17,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal Checking account at Well Fargo | - | 100.00 |
| | | | Personal Savings account at Wells Fargo | - | 100.00 |
| | | | Business Checking Account at Wells Fargo | - | 1,873.00 |
| | | | Business Saving Account at Wells Fargo | - | 100.01 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings.<br>In Debtor's possession. | - | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothing<br>In Debtor's possession. | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **21,173.01**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Harun Sevimli**, Case No. **14-54758**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Amerturk Inc** <br> **1055 E. Brokaw Road Ste 30** <br> **San Jose, CA** | - | 0.00 |
| | | **Scent Sciences Stock** <br> **310,000 shares** <br> **Company is believed to be bankrupt. Status is FTB Forfeited per California Secretary of State. Debtor has not been able to contact anybody from company for over a year.** | - | 0.00 |
| | | **Wazco Stocks** <br> **110,000 shares** <br> **Company is believed to be bankrupt. Debtor has not been able to contact anybody from company for over a year.** | - | 0.00 |
| | | **Consumer Genetics Stock** <br> **596,000 shares** <br> **Company is believed to be bankrupt. Status is FTB Forfeited per California Secretary of State. Debtor has not been able to contact anybody from company for over a year.** | - | 0.00 |
| | | **OncoPath Genomics Stock** <br> **209,000 shares** <br> **Company is believed to be bankrupt. Debtor has not been able to contact anybody from company for over a year.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Case: 14-54758   Doc# 14   Filed: 01/23/15   Entered: 01/23/15 09:37:39   Page 2 of 6

In re **Harun Sevimli**, Case No. **14-54758**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim for breach of contract against Lou Ramondetta** **Case No.: 112CV220168** | - | 750,000.00 |
| | | **Claim against Aleia Corp, Greg Carpenter and BTI Group, Inc.** **Case No.: 112CV220168** | - | 100,000.00 |
| | | **Claim against Kyrish CPA Inc for malpractice** | - | 15,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total > **865,000.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

Case: 14-54758    Doc# 14    Filed: 01/23/15    Entered: 01/23/15 09:37:39    Page 3 of 6
Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re **Harun Sevimli**, Case No. **14-54758**
  Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment** | - | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **150.00** |
|---|---|---|
|  | Total > | **886,323.01** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                                   Best Case Bankruptcy

In re  **Harun Sevimli**  ,  Case No.  **14-54758**
                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand. In debtor's possession. | C.C.P. § 703.140(b)(5) | 17,000.00 | 17,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Personal Checking account at Well Fargo | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Personal Savings account at Wells Fargo | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Business Checking Account at Wells Fargo | C.C.P. § 703.140(b)(5) | 1,873.00 | 1,873.00 |
| Business Saving Account at Wells Fargo | C.C.P. § 703.140(b)(5) | 100.01 | 100.01 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings. In Debtor's possession. | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| Clothing In Debtor's possession. | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Stock and Interests in Businesses** | | | |
| Scent Sciences Stock 310,000 shares Company is believed to be bankrupt. Status is FTB Forfeited per California Secretary of State. Debtor has not been able to contact anybody from company for over a year. | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| Wazco Stocks 110,000 shares Company is believed to be bankrupt. Debtor has not been able to contact anybody from company for over a year. | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| Consumer Genetics Stock 596,000 shares Company is believed to be bankrupt. Status is FTB Forfeited per California Secretary of State. Debtor has not been able to contact anybody from company for over a year. | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| OncoPath Genomics Stock 209,000 shares Company is believed to be bankrupt. Debtor has not been able to contact anybody from company for over a year. | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Claim against Kyrish CPA Inc for malpractice | C.C.P. § 703.140(b)(5) | 7,601.99 | 15,000.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Harun Sevimli**, Case No. **14-54758**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** | | | |
| **Office Equipment** | **C.C.P. § 703.140(b)(5)** | 150.00 | 150.00 |

| | Total: | **28,925.00** | **36,323.01** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Case: 14-54758    Doc# 14    Filed: 01/23/15    Entered: 01/23/15 09:37:39    Page 6 of 6